UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-60456-CIV-ALTONAGA/Brown

**WINNIEFRED RAMSAY**,

    Plaintiff,
vs.

**BROWARD COUNTY SHERIFF'S OFFICE**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Chief U.S. Magistrate Judge Stephen T. Brown's Report and Recommendation (the "Report") **[D.E. 61]** on Defendants' Motion for Attorney's Fees and Additional Costs (the "Motion") **[D.E. 43]**, entered December 11, 2009. In the Report Judge Brown recommends that the Defendants' Motion be granted. The Plaintiff, Winniefred Ramsay, has not filed objections, and the time to do so has passed. The Court has carefully reviewed the Report and the applicable law and has reviewed the record *de novo*. Based on this review, the undersigned is in full agreement with Judge Brown's Report. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report **[D.E. 61]** is **ACCEPTED IN WHOLE** as follows:

1.     The Motion **[D.E. 43]** is **GRANTED**.

2.     Attorney's fees in the amount of $8,585.00 are awarded to the Defendants.

3.     Costs in the amount of $291.66 are awarded to the Defendants.

CASE NO. 09-60456-CIV-ALTONAGA/Brown

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of December, 2009.

                                                     */s/ Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: The Honorable Stephen T. Brown
     Winniefred Ramsay, *pro se*
     counsel of record